

**FILED & ENTERED**

**OCT 11 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gonzalez  DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:13-bk-25682-ER |
| Miramar Brands Group, Inc. | Chapter: 11 |
| Debtor. | **ORDER DISMISSING CASE** |

    On June 14, 2013, Miramar Brands Group, Inc. ("Debtor") filed a voluntary petition under Chapter 11.  Based on the Court's review of the case, and in light of the Court's August 14, 2013 ruling abstaining from considering five matters pursuant to 28 U.S.C. § 1334(c), the Court issued an Order to Show Cause why the Court should not dismiss the case pursuant to 11 U.S.C. § 305(a).  On October 9, 2013, the matter came on for hearing with appearances as set forth on the record.

    For those reasons as stated by the Court on the record and for those reasons set forth in the Court's Tentative Ruling which is incorporated herein by this reference,

    It is hereby ORDERED that the case is dismissed with a 180-day bar to refilling in any chapter.

###

Date: October 11, 2013

Ernest M. Robles
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE** was entered on the date indicated as ⌐Entered¬ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (⌐NEF¬)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 9, 2013, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard T Baum    rickbaum@hotmail.com, rickbaum@hotmail.com
- Lawrence J Hilton    lhilton@oneil-llp.com, ssimmons@oneil-llp.com;jsun@oneil-llp.com
- Leslie R Horowitz    lhorowitz@clarktrev.com
- John A Lapinski    jlapinski@clarktrev.com
- Melanie C Scott    Melanie.green@usdoj.gov
- Dheeraj K Singhal    dksinghal@dcdmlawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Hatty K Yip    hatty.yip@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ⌐Entered¬ stamp, the party lodging the judgment or order will serve a complete copy bearing an ⌐Entered¬ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page